```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 14734
   LAQUITA M COOPER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-2338


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/09/2006 and was confirmed 01/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.83%.

     The case was dismissed after confirmation 11/06/2008.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------

AARON SALES AND LEASE OW  SECURED              808.70            .00          286.67
AARON SALES AND LEASE OW  UNSECURED         NOT FILED            .00             .00
DRIVE FINANCIAL SERVICES  SECURED VEHIC       9000.00         914.45         2463.30
AAA CHECKMATE LLC         UNSECURED             572.10           .00             .00
ADVANCE AMERICA           UNSECURED         NOT FILED            .00             .00
CFG LOAN COMPANY          UNSECURED             763.15           .00             .00
AMERICASH LOANS           UNSECURED         NOT FILED            .00             .00
AMERICASH LOANS LLC       UNSECURED             854.46           .00             .00
ROUNDUP FUNDING LLC       UNSECURED             779.56           .00             .00
APPLIED CARD BANK         NOTICE ONLY      NOT FILED             .00             .00
BROTHER LOAN & FINANCE    UNSECURED             608.20           .00             .00
CBUSA INC                 UNSECURED         NOT FILED            .00             .00
CITY OF CHICAGO PARKING   UNSECURED            1016.01           .00             .00
CITY OF CHICAGO DEPT OF   NOTICE ONLY      NOT FILED             .00             .00
COOK COUNTY ATTORNEY BAD  UNSECURED         NOT FILED            .00             .00
NATIONAL CAPITAL MANAGEM  UNSECURED             462.23           .00             .00
CORTRUST BANK             NOTICE ONLY      NOT FILED             .00             .00
EXPRESS LOAN              UNSECURED             472.80           .00             .00
PREMIER BANKCARD          UNSECURED             427.42           .00             .00
ASPIRE                    UNSECURED             321.59           .00             .00
ILLINOIS LENDING CORP     UNSECURED            1092.89           .00             .00
ILLINOIS TITLE LOAN       UNSECURED         NOT FILED            .00             .00
KOSMO FINANCIAL SERVICES  UNSECURED             683.40           .00             .00
LASALLE BANK              UNSECURED         NOT FILED            .00             .00
LASALLE BANK NA           NOTICE ONLY      NOT FILED             .00             .00
LVNV FUNDING              UNSECURED         NOT FILED            .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED              57.65           .00             .00
MCI TELECOMMUNICATIONS    NOTICE ONLY      NOT FILED             .00             .00
MEDICAL COLLECTION        UNSECURED         NOT FILED            .00             .00
MEDICAL COLLECTIONS SYST  NOTICE ONLY      NOT FILED             .00             .00
MIDLAND CREDIT MANAGEMEN  UNSECURED         NOT FILED            .00             .00
ONE CLICK CASH            UNSECURED         NOT FILED            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 14734 LAQUITA M COOPER
```

```
SPRINT PCS                 UNSECURED       588.11               .00           .00
SPRINT PCS                 NOTICE ONLY   NOT FILED              .00           .00
SUN CASH                   UNSECURED     NOT FILED              .00           .00
TARGET                     UNSECURED     NOT FILED              .00           .00
TARGET                     NOTICE ONLY   NOT FILED              .00           .00
BUDGET COUNSELORS CREDIT   UNSECURED       240.00               .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED       948.64               .00           .00
DRIVE FINANCIAL SERVICES   UNSECURED        90.99               .00           .00
EXPRESS LOAN               UNSECURED          .00               .00           .00
TIMOTHY K LIOU             DEBTOR ATTY   2,859.20                          750.94
TOM VAUGHN                 TRUSTEE                                         304.70
DEBTOR REFUND              REFUND                                             .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               4,720.06

PRIORITY                                              .00
SECURED                                          2,749.97
    INTEREST                                       914.45
UNSECURED                                             .00
ADMINISTRATIVE                                     750.94
TRUSTEE COMPENSATION                               304.70
DEBTOR REFUND                                         .00
                     ---------------       ---------------
TOTALS                4,720.06                   4,720.06
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE